UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 19-2413 (RCL) |

**STIPULATION OF DISMISSAL**

Plaintiff Democracy Forward Foundation and Defendant the Centers for Medicare and Medicaid Services hereby stipulate to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs. The parties respectfully request that the Court vacate today's deadline for submission of a joint status report.

Dated: March 22, 2021

/s/ *John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
Democracy Forward Foundation
1440 G Street, NW #8162
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendant*